

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

NOS.  **2-10-089-CR**
**2-10-090-CR**
**2-10-091-CR**
**2-10-092-CR**

MICHELLE LEHMAN                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                                        STATE

------------

FROM COUNTY CRIMINAL COURT NO. 10 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On February 17, 2010,[2] appellant Michelle Lehman filed a notice of appeal in four trial court cause numbers, attempting to appeal a judgment rendered on November 3, 2009.[3]  Because appellant had timely filed a motion for new trial, the notice of appeal was due to be filed in the trial court on or before February 1, 2010.

---

[1] *See* Tex. R. App. P. 47.4.

[2] The notice of appeal is dated 2-17-10 at the top of the page.

[3] The judgment and notice of appeal apply to all four trial court cause numbers.

*See* Tex. R. App. P. 26.2(a)(2).  Appellant did not timely file a motion to extend time to file the notice of appeal, nor did she file her notice of appeal within the permissible extension period.  *See* Tex. R. App. P. 26.3.  Appellant responded to this court's inquiry into its jurisdiction, but that response does not show grounds for continuing the appeals.  *See* Tex. R. App. P. 44.3.  Accordingly, we must dismiss these appeals for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT, and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 22, 2010